*Forrest, J*
*Pont, I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VELERON HOLDING, B.V.,

       Plaintiff,

   - against -

BNP PARIBAS SA; BNP PARIBAS FUND
SERVICES UK LIMITED; BNP PARIBAS
TRUST CORPORATION UK LIMITED;
BNP PARIBAS UK LIMITED; BNP
PARIBAS COMMODITY FUTURES, LTD.;
INVESTMENT FUND SERVICES
LIMITED; BNP PARIBAS LONDON;
BNP PARIBAS NY; MORGAN STANLEY;
MORGAN STANLEY CAPITAL SERVICES,
INC.; MORGAN STANLEY & CO.,
INCORPORATED; MORGAN STANLEY
& CO.; CREDIT SUISSE; CREDIT SUISSE
INTERNATIONAL; CREDIT SUISSE AG;
CREDIT SUISSE GROUP; NEXGEN/NATIXIS
CAPITAL LIMITED; GROUPE BPCE;
NATIXIS NORTH AMERICA, LLC, NATIXIS
FINANCIAL PRODUCTS, INC.; ABN AMRO
BANK, N.V.; ABN AMRO BANK
HOLDING, N.V.; ABN AMRO HOLDINGS, N.V.;
ABN AMRO CLEARING BANK, N.V.; ABN
AMRO CLEARING CHICAGO, LLC; ABN
AMRO HOLDINGS USA, LLC; ABN AMRO
SECURITIES (USA) LLC; ABN AMRO
CAPITAL USA, LLC; ABN AMRO FUNDING
USA, LLC; ABN AMRO FUND SERVICES
USA, LLC; THE ROYAL BANK OF
SCOTLAND N.V.; THE RBS GROUP; THE
ROYAL BANK OF SCOTLAND GROUP, PLC;
RFS HOLDINGS, B.V.; and FORTIS BANK
(NEDERLAND) N.V.

       Defendants.
--------------------------------------------------------------x

Index No.: 12 cv 5966

**ORDER TO SEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 03 2012

Upon the accompanying Memorandum of Law and the Sworn Declaration of Ernest Edward Badway, Esq., dated August 3, 2012, filed in support of the application to Seal the

LN1 1350711v4 08/03/12

Complaint and Exhibits brought by plaintiff Veleron Holding B.V. ("Plaintiff"), and the exhibits annexed thereto filed in this case, it is ORDERED that leave is granted to seal the complaint and exhibits pending further order of the Court *through at the latest August 7, 2012*.

DATED: *August 3, 2012*
New York, New York

*Katherine B. Forrest*
United States District Judge

*Part I*

ISSUED: _____