

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VELERON HOLDING, B.V.,

        Plaintiff,

     -against-

BNP PARIBAS SA; et al.

        Defendants.
------------------------------------------------------------------X

Civil Action No. 12-cv-5966

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   }
          S.S.
COUNTY OF NEW YORK)

       FREDERICK PRINGLE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 6th day of August, 2012, at approximately 4:00 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, INDIVIDUAL PRACTICES AND PROCEDURES JUDGE COLLEEN MCMAHON, ORDER TO SEAL, SWORN DECLARATION OF ERNEST BADWAY, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT AND EXHIBITS UNDER SEAL, AND PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS ORDER TO SHOW CAUSE TO FILE COMPLAINT AND EXHIBITS UNDER SEAL** upon **MORGAN STANLEY & CO.** at 1221 Avenue of the Americas, New York, NY, by personally delivering and leaving the same with NADINE LEE, who informed deponent that she holds the position of Analyst with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



NADINE LEE is a black female, approximately 40 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 160 pounds with black hair and brown eyes.

*Frederick Pringle*
FREDERICK PRINGLE, # 1350201

Sworn to before me this
7th day of August, 2012

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com