UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
VELERON HOLDING, B.V.,

                Plaintiff,

          -against-

BNP PARIBAS SA, et al.,

               Defendants.

-----------------------------------------------------------------------x

:
:
:  No. 12 Civ. 5966 (CM)
:
:

**RULE 7.1 STATEMENT
OF DEFENDANT MORGAN STANLEY**

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Morgan Stanley, by its undersigned counsel, states that Morgan Stanley is a publicly held corporation that has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. ("MUFG"), 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owned 22.56% of Morgan Stanley's outstanding common stock as of June 30, 2011, according to a Schedule 13D filed under the Securities Exchange Act of 1934 on October 23, 2008, as amended on October 30, 2008, May 22, 2009, June 11, 2009, April 1, 2010, May 3, 2010, November 9, 2010, April 25, 2011 and June 30, 2011 (together, the "MUFG Schedule 13D").

Dated: New York, New York
       September 20, 2012

                            WEIL, GOTSHAL & MANGES LLP

                     By:  /s/ Jonathan D. Polkes
                         Jonathan D. Polkes
                         Robert V. Spake, Jr.
                         Jamie L. Hoxie

Amanda L. Burns
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Counsel for Morgan Stanley*

US_ACTIVE:\44099109\1\64093.0028