UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VELERON HOLDING, B.V.,

             Plaintiff,

      -against-

BNP PARIBAS SA, et al.,

             Defendants.

------------------------------------------------------------------x

No. 12 Civ. 5966 (CM)

## RULE 7.1 STATEMENT
## OF DEFENDANT MORGAN STANLEY CAPITAL SERVICES LLC

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Morgan Stanley Capital Services LLC, by its undersigned counsel, states that Morgan Stanley Capital Services LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley. Morgan Stanley is a publicly held corporation that has no parent corporation.

      Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. ("MUFG"), 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owned 22.56% of Morgan Stanley's outstanding common stock as of June 30, 2011, according to a Schedule 13D filed under the Securities Exchange Act of 1934 on October 23, 2008, as amended on October 30, 2008, May 22, 2009, June 11, 2009, April 1, 2010, May 3, 2010, November 9, 2010, April 25, 2011 and June 30, 2011 (together, the "MUFG Schedule 13D").

Dated: New York, New York
September 20, 2012

        WEIL, GOTSHAL & MANGES LLP

By: /s/ Jonathan D. Polkes
Jonathan D. Polkes
Robert V. Spake, Jr.
Jamie L. Hoxie
Amanda L. Burns
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Counsel for Morgan Stanley Capital Services LLC*

2