UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VELERON HOLDING, B.V.,

Plaintiff,

-against-

BNP PARIBAS SA, et al.,

Defendants.

Civ. No. 12-5966 (CM)

## ~~PROPOSED~~ REVISED SCHEDULING ORDER

McMahon, J.:

Came on for consideration the request of Defendants, with the consent of Plaintiff, for a one (1) week extension of time of all deadlines regarding any motions to dismiss the above-captioned action. Having considered Defendants' request, and in light of the destruction caused by Hurricane Sandy, the Court finds that such relief should be granted. Therefore,

IT IS ORDERED that the deadlines set forth in this Court's October 12, 2012 Decision and Order be, and are hereby, extended for one week. Any motion to dismiss must be filed by November 16, 2012. Any opposition papers to Defendants' motions are due December 14, 2012. Any reply papers must be filed by December 21, 2012.

Dated: November 5, 2012

The Honorable Colleen McMahon
U.S. District Judge