

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Jonathan Polkes
+1 (212) 310-8881
jonathan.polkes@weil.com

November 9, 2012

MEMO ENDORSED

**VIA FACSIMILE - (212) 805-6326**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

Re: Veleron Holding B.V. v. BNP Paribas SA, et al., 12-cv-5966 (S.D.N.Y.)

Dear Judge McMahon:

This firm represents defendants Morgan Stanley, Morgan Stanley Capital Services LLC, and Morgan Stanley & Co. LLC ("Morgan Stanley Defendants") in this matter. Clifford Chance US, LLP represents BNP Paribas, Credit Suisse, Nexgen, and RBS, and the numerous affiliated entities also named in the Complaint. We write on behalf of all Defendants and with Plaintiff's consent to request an exception to the Court's rules concerning the page limit applicable to memoranda of law in support of a motion to dismiss.

Between them, Weil and Clifford Chance are working together to present all arguments in support of their clients' motions to dismiss in the most efficient manner possible. Accordingly, it is our current intention that Weil will address Plaintiff's Section 10(b) claims, with all of the other defendants incorporating and substantially relying upon those arguments, and that Clifford Chance will address the remaining claims, with the Morgan Stanley Defendants incorporating and relying upon those arguments. In addition, there may be jurisdictional and service of process arguments presented on behalf of certain clients of Clifford Chance. We believe that this approach will avoid the unnecessary redundancy that would likely result if briefs were filed separately on behalf of each defendant, and will enable the Court to look to a single place for a full discussion of the facts and law concerning any claim.

In light of the number of defendants (five principal defendants with 18 additional affiliated entities), the length of the complaint (78 pages), the number of separate counts and legal issues to be addressed among the defendants (19 Counts, as well as jurisdictional and service of process arguments of various

separate entities), we respectfully request that the defendants be permitted to divide a total of 125 pages of briefing among them as is necessary to achieve an efficient presentation of the arguments.

Respectfully submitted,

Jonathan Polkes /wp RVS

Jonathan Polkes

cc: All Counsel