AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| VELERON HOLDING, B.V. )<br>*Plaintiff* )<br>v. )<br>BNP PARIBAS SA, et al. )<br>*Defendant* ) | Case No.   No. 12 Civ. 5966 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Morgan Stanley, Morgan Stanley Capital Services LLC, and Morgan Stanley & Co. LLC
(Collectively "the Morgan Stanley Entities")

Date:   11/15/2012

/s/ Paul Dutka
*Attorney's signature*

Paul Dutka / PB2568
*Printed name and bar number*

WEIL, GOTSHAL & Manges LLP
767 5th Avenue
New York, New York 10153

*Address*

paul.dutka@weil.com
*E-mail address*

(212) 310-8949
*Telephone number*

(212) 310-8007
*FAX number*