UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELERON HOLDING, B.V.,<br><br>           Plaintiff,<br><br>  - *against* -<br><br>BNP PARIBAS S.A., et al.<br><br>           Defendants. | No. 12-cv-5966 (CM)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Marc E. Kasowitz, of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as co-counsel with Fox Rothschild LLP for Plaintiff, Veleron Holding, B.V., certifies that he is admitted to practice in this court, and further requests that all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
    November 15, 2012

                KASOWITZ, BENSON, TORRES
                   & FRIEDMAN LLP

                 /s/ Marc E. Kasowitz
               Marc E. Kasowitz, Esq.
               mkasowitz@kasowitz.com
               1633 Broadway
               New York, New York  10019
               Phone: (212) 506-1700
               Fax: (212) 506-1800

               *Attorneys for Plaintiff Veleron Holding B.V.*