UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELERON HOLDING, B.V.,<br><br>                                    Plaintiff,<br><br>               - *against* -<br><br>BNP PARIBAS S.A., et al.<br><br>                                  Defendants. | No. 12-cv-5966 (CM)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Aaron H. Marks, of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as co-counsel with Fox Rothschild LLP for Plaintiff, Veleron Holding, B.V., certifies that he is admitted to practice in this court, and further requests that all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
         November 15, 2012

                                           KASOWITZ, BENSON, TORRES
                                              & FRIEDMAN LLP

                                                /s/ Aaron H. Marks
                                           Aaron H. Marks, Esq.
                                           amarks@kasowitz.com
                                           1633 Broadway
                                           New York, New York  10019
                                           Phone: (212) 506-1700
                                           Fax: (212) 506-1800

                                           *Attorneys for Plaintiff Veleron Holding B.V.*