UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELERON HOLDING, B.V.,<br><br>                                  Plaintiff,<br><br>    - *against* -<br><br>BNP PARIBAS S.A., et al.<br><br>                                 Defendants. | No. 12-cv-5966 (CM)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Ronald R. Rossi, of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as co-counsel with Fox Rothschild LLP for Plaintiff, Veleron Holding, B.V., certifies that he is admitted to practice in this court, and further requests that all papers in this action be served on the undersigned at the address below.

Dated:  New York, New York
           November 15, 2012

                                      KASOWITZ, BENSON, TORRES
                                            & FRIEDMAN LLP

                                              /s/ Ronald R. Rossi
                                          Ronald R. Rossi, Esq.
                                          rrossi@kasowitz.com
                                          1633 Broadway
                                          New York, New York  10019
                                          Phone: (212) 506-1700
                                          Fax: (212) 506-1800

                                          *Attorneys for Plaintiff Veleron Holding B.V.*