UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELERON HOLDING, B.V.,                    Plaintiff,<br><br>- *against* -<br><br>BNP PARIBAS S.A., et al.<br>                                      Defendants. | No. 12-cv-5966 (CM)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Emilie B. Cooper, of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as co-counsel with Fox Rothschild LLP for Plaintiff, Veleron Holding, B.V., certifies that she is admitted to practice in this court, and further requests that all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
         November 15, 2012

                                                      KASOWITZ, BENSON, TORRES
                                                             & FRIEDMAN LLP

                                                       /s/ Emilie B. Cooper
                                                  Emilie B. Cooper, Esq.
                                                  ecooper@kasowitz.com
                                                  1633 Broadway
                                                  New York, New York 10019
                                                  Phone: (212) 506-1700
                                                  Fax: (212) 506-1800

                                                  *Attorneys for Plaintiff Veleron Holding B.V.*