UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELERON HOLDING, B.V., <br><br> Plaintiff, <br><br> -against- <br><br> BNP PARIBAS SA, et al., <br><br> Defendants. | Civ. No. 12-5966 (CM) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Inc., and Morgan Stanley & Co.'s Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint and Declaration of Jonathan D. Polkes attaching exhibits, the undersigned, on behalf of Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co. Inc., and Morgan Stanley & Co. hereby moves this Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order dismissing the Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), or for such other relief as this Court may deem just and proper.

Dated: New York, NY
November 16, 2012

                                                                    /s/ Jonathan D. Polkes
                                                                    Jonathan D. Polkes
                                                                    Paul Dutka
                                                                    Christopher Garcia
                                                                    WEIL, GOTSHAL & MANGES LLP
                                                                    767 Fifth Avenue
                                                                    New York, New York 10153
                                                                    Tel: 212-310-8000
                                                                    Fax: 212-310-8007
                                                                    jonathan.polkes@weil.com
                                                                    paul.dutka@weil.com
                                                                    christopher.garcia@weil.com

                                                                    *Counsel for Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co. Inc., and Morgan Stanley & Co.*


TO:      Ernest Edward Badway
            Fox Rothschild LLP
            100 Park Avenue, Suite 1500
            New York, NY 10017
            Tel: 212-878-7900
            Fax: 212-692-0940

            *Counsel for Plaintiff Veleron Holding, B.V.*


cc:       James B. Weidner
            Anthony M. Candido
            CLIFFORD CHANCE US LLP
            31 West 52nd Street
            New York, New York 10019
            Tel: 212-878-8000
            Fax: 212-878-8375

            *Attorneys for Defendants BNP Paribas SA, Credit Suisse International, Nexgen Capital Limited, and The Royal Bank of Scotland N.V.*

US_ACTIVE:\44138768\1\64093.0028