*Memoden,* 🔾



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VELERON HOLDING, B.V.,

                     Plaintiff,

       - against –

BNP PARIBAS S.A., et al.

                  Defendants.

---

Case No. 12 CV 5966 (CM)

**STIPULATION AND**
**~~PROPOSED~~ ORDER OF**
**DISMISSAL WITHOUT**
**PREJUDICE AS TO CERTAIN**
**DEFENDANTS**

WHEREAS, on August 3, 2012 Plaintiff Veleron Holding, B.V. ("Veleron") commenced the above-captioned action (the "Action') against multiple defendants including, without limitation, BNP Paribas Fund Services UK Limited, BNP Paribas Trust Corporation UK Limited, BNP Paribas UK Limited, BNP Paribas Commodity Futures, Ltd., Investment Fund Services Limited, BNP Paribas London, BNP Paribas NY; Credit Suisse, Credit Suisse AG, Credit Suisse Group; BPCE (incorrectly identified in the Complaint as "Groupe BPCE"), Natixis North America LLC, Natixis Financial Products LLC; and The RBS Group, The Royal Bank of Scotland Group, PLC, RFS Holdings, B.V., ABN Amro Bank, N.V. (collectively, "Dismissed Defendants"); and

WHEREAS, the Dismissed Defendants are not material to the adjudication of the claims and defenses asserted in the Action; and

WHEREAS, the Parties have agreed to dismiss the Action against the Dismissed Defendants without prejudice and subject to the execution of a certain tolling agreement; and

WHEREAS, the Parties agree that the elimination of 17 defendants will enable the Parties to present their positions more efficiently and concisely;

- 1 -

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that all claims against the Dismissed Defendants are hereby dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). This stipulation shall not waive or otherwise affect any objections to jurisdiction, venue, service, or any other affirmative defense that Defendants may have or Plaintiff's right to amend as a matter of course under Rule 15 of the Federal Rules of Civil Procedure.

Dated: New York, New York
      November 15, 2012

FOX ROTHSCHILD LLP
Ely Goldin, Esq.
100 Park Avenue, Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
*COUNSEL FOR VELERON HOLDING, B.V.*

CLIFFORD CHANCE US LLP
Anthony M. Candido, Esq.
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
*COUNSEL FOR DISMISSED DEFENDANTS*

SO ORDERED,

Hon.
USDJ

11/19/2012

-2-