McMahon, J.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

VELERON HOLDING, B.V.,

                Plaintiff,

  - against –

BNP PARIBAS S.A., et al.

                Defendants.



Case No. 12 CV 5966 (CM)

**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS**

WHEREAS, on August 3, 2012 Plaintiff Veleron Holding, B.V. ("Veleron") commenced the above-captioned action (the "Action") against multiple defendants including, without limitation, ABN AMRO BANK HOLDING, N.V., ABN AMRO HOLDINGS, N.V., ABN AMRO CLEARING BANK, N.V., ABN CLEARING CHICAGO, LLC, ABN AMRO HOLDINGS USA, LLC, ABN AMRO SECURITIES (USA) LLC, ABN AMRO CAPITAL (USA) LLC, ABN AMRO FUNDING USA, LLC, ABN AMRO FUND SERVICES USA, LLC, FORTIS BANK (NEDERLAND) N.V. (collectively, "Dismissed Defendants"); and

WHEREAS, the Dismissed Defendants are not material to the adjudication of the claims and defenses asserted in the Action; and

WHEREAS, the Parties have agreed to dismiss the Action against the Dismissed Defendants without prejudice and subject to the execution of a certain tolling agreement; and

WHEREAS, the Parties agree that the elimination of 10 defendants will enable the Parties to present their positions more efficiently and concisely;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that all claims against the Dismissed Defendants are

- 1 -

hereby dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). This stipulation shall not waive or otherwise affect any objections to jurisdiction, venue, service, or any other affirmative defense that the Defendants may have or the Plaintiff's right to amend as a matter of course under Rule 15 of the Federal Rules of Civil Procedure.

Dated: New York, New York
November 16, 2012

_____
FOX ROTHSCHILD LLP
Ernest Edward Badway, Esq.
Ely Goldin, Esq.
100 Park Avenue, Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
*COUNSEL FOR VELERON HOLDING, B.V.*

_____
MAYER BROWN LLP
John M. Conlon
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
*COUNSEL FOR DISMISSED DEFENDANTS*

11/20/2012

SO ORDERED:
_____
Hon.
USDJ