UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



VELERON HOLDING, B.V.,

                              Plaintiff,

              v.                                        12 Civ. 5966 (CM)

BNP PARIBAS SA, *et al*.

                              Defendants.

---

## STIPULATION AND ~~PROPOSED~~ ORDER TO FILE UNDER SEAL

WHEREAS, this Court ordered on September 23, 2012 that the Complaint and exhibits attached thereto in this matter be permanently sealed; and

WHEREAS, Defendants BNP Paribas ("BNPP"), Credit Suisse International ("CSI"), the Royal Bank of Scotland N.V. ("RBS"), Nexgen Capital Limited (Nexgen"), Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co. (collectively "Morgan Stanley," and together with BNPP, CSI, RBS and Nexgen, "Defendants") and Plaintiff Veleron Holdings N.V. ("Veleron" or "Plaintiff") seek to file under seal Defendants' Memoranda of Law in Support of Motion to Dismiss, Plaintiff's Memorandum in Opposition to Motion to Dismiss, Defendants' Reply Memoranda in Support of Motion to Dismiss, and certain accompanying papers in support thereof (collectively, "Motion Papers"); and

WHEREAS, good cause exists for the filing of the Motion Papers under seal because they do (and are anticipated to) quote from, discuss, and cite confidential information in the sealed Complaint and exhibits attached thereto;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that all Motion Papers shall be filed under seal subject to the approval of this stipulation by the Court.

IT IS FURTHER STIPULATED AND AGREED that all parties consent to service of Motion Papers filed under seal in the above-captioned matter by email.

Dated: New York, New York
       November 16, 2012

By:

Anthony M. Candido, Esq.
CLIFFORD CHANCE US, LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000

*Counsel for Defendant BNP Paribas, Credit Suisse
International, the Royal Bank of Scotland N.V., and
Nexgen Capital Limited*

2

Jonathan D. Polkes, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Ave.
New York, New York 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co.*

Ernest Edward Badway, Esq.
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
Fax: (212) 692-0940

*Counsel for Plaintiff Veleron Holdings, B.V.*

SO ORDERED:

HON. COLLEEN McMAHON
United States District Judge

11/24/2012

3