McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VELERON HOLDING, B.V.,

          Plaintiff,

v.

BNP PARIBAS SA, *et al.*

          Defendants.

12 Civ. 5966 (CM)

DOC #: _____
DATE FILED: 12/11/12

## STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL

WHEREAS, this Court ordered on September 23, 2012 that the Complaint and exhibits attached thereto in this matter be permanently sealed; and

WHEREAS, in response to Motions to Dismiss filed by Defendants BNP Paribas ("BNPP"), Credit Suisse International ("CSI"), the Royal Bank of Scotland N.V. ("RBS"), Nexgen Capital Limited (Nexgen"), Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co. (collectively "Morgan Stanley," and together with BNPP, CSI, RBS and Nexgen, "Defendants") on November 16, 2012, Plaintiff Veleron Holdings N.V. ("Veleron" or "Plaintiff") intends to file a First Amended Complaint (the "Amended Complaint") and seek to file the Amended Complaint under seal; and

WHEREAS, Plaintiff intends to file an Amended Complaint and good cause exists for it to be filed under seal because the Amended Complaint does (and is anticipated to) quote from, discuss, and cite confidential information;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the Amended Complaint and all exhibits attached thereto shall be filed under seal subject to the approval of this stipulation by the Court.

IT IS FURTHER STIPULATED AND AGREED that all parties consent to service of the Amended Complaint filed under seal in the above-captioned matter by email.

Dated: New York, New York
December 7, 2012

By:

_____
Anthony M. Candido, Esq.
CLIFFORD CHANCE US, LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000

*Counsel for Defendant BNP Paribas, Credit Suisse International, the Royal Bank of Scotland N.V., and Nexgen Capital Limited*

_____ /cle
Jonathan D. Polkes, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Ave.
New York, New York 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co.*

2

                                                Ely Goldin, Esq.
                                                FOX ROTHSCHILD LLP
                                                100 Park Avenue, Suite 1500
                                                New York, NY 10017
                                                Telephone: (212) 878-7900
                                                Fax: (212) 692-0940

                                                *Counsel for Plaintiff Veleron Holdings, B.V.*

SO ORDERED:

                                                HON. COLLEEN McMAHON
                                                United States District Judge

                                                12/10/2012