memendon, G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VELERON HOLDING, B.V.,

        Plaintiff,

-against-

BNP PARIBAS SA, et al.,

        Defendants.

---

USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/12

Civ. No. 12-5966 (CM)

## STIPULATION AND ~~PROPOSED~~ SCHEDULING ORDER

WHEREAS, Defendants BNP Paribas, Credit Suisse International, the Royal Bank of Scotland N.V., Nexgen Capital Limited, Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co. (collectively "Defendants") filed Motions to Dismiss the Complaint on November 16, 2012;

WHEREAS, Plaintiff filed an Amended Complaint on December 7, 2012;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Defendants shall file any Answer or Motion to Dismiss the Amended Complaint by January 18, 2013.

2. Plaintiff shall file any opposition to any Motion to Dismiss by February 15, 2013.

3. Defendants shall file any reply in further support of any Motion to Dismiss by February 22, 2013.

Dated: New York, New York
December 10, 2012

By:

*[signature]* w/ AMB

Anthony M. Candido, Esq.
CLIFFORD CHANCE US, LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000

*Counsel for Defendant BNP Paribas, Credit Suisse International, the Royal Bank of Scotland N.V., and Nexgen Capital Limited*

*[signature]* w/ AMB

Jonathan D. Polkes, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Ave.
New York, New York 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co.*

2

*Elybdd*  *w/evs*
Ernest Edward Badway, Esq.
Ely Goldin, Esq.
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
Fax: (212) 692-0940


*Marc E. Kosowity w/evs*
Marc E. Kasowitz, Esq.
Aaron H. Marks
Ronald R. Rossi
Emilie B. Cooper
KASOWTIZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800

*Counsel for Plaintiff Veleron Holdings, B.V.*


SO ORDERED

Dated: New York, New York
       December 10, 2012

HON. COLLEEN McMAHON
United States District Judge

3