# C L I F F O R D
# C H A N C E



**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NEW YORK 10019

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By Facsimile**

CDLLEN McMAHON

Direct Dial: +1 212 878 3140
E-mail: anthony.candido@cliffordchance.com

Honorable Colleen McMahon, USDJ
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York. NY 10007-1312

January 11, 2012

USDS
DOC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1|14|13

**MEMO ENDORSED**

**Veleron B.V. v. BNP Paribas, et al.; 12–cv-5966 (CM)**

Dear Judge McMahon:

    We represent BNP Paribas SA, Credit Suisse International, The Royal Bank of Scotland N.V., and Nexgen Capital Limited in the above-reference matter. We write concerning page limits for the upcoming motion practice in this matter. In connection with the Motions to Dismiss the original Complaint, the Court authorized 125 pages of briefing for Defendants to divide between themselves for their opening briefs. This was done so that we could present the matter most efficiently among multiple defendants. Plaintiff has since amended the complaint,

    All Defendants (including the Morgan Stanley Defendants), with Plaintiff's consent, respectfully request that the Court authorize the same page limits in connection with the Motions to Dismiss that Defendants intend to submit respecting the new pleading, *i.e.,* 125 pages of briefing for Defendants to divide between themselves for their opening briefs. Defendants and Plaintiff also respectfully request that the Court authorize 125 pages of briefing for Plaintiff's Opposition, and 50 pages of briefing for Defendants to divide between themselves for their Replies.

Respectfully submitted,

Anthony M. Candido

cc:    Ely Gordon, Esq., Fox Rothschild LLP
       Jonathan D. Polkes, Esq., Weil, Gotshal & Manges, LLP