UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VELERON HOLDING, B.V., <br><br> Plaintiff, <br><br> -against- <br><br> BNP PARIBAS SA, et al., <br><br> Defendants. | Civ. No. 12-5966 (CM) |

## NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Inc., and Morgan Stanley & Co.'s ("Morgan Stanley") Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's First Amended Complaint and Declaration of Jonathan D. Polkes in support thereof and accompanying exhibits, the undersigned, on behalf of Morgan Stanley hereby moves this Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order dismissing the First Amended Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), or for such other relief as this Court may deem just and proper.

Dated: New York, New York
January 18, 2013

/s/

Jonathan D. Polkes
Paul Dutka
Christopher Garcia
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: 212-310-8000
Fax: 212-310-8007
*jonathan.polkes@weil.com*
*paul.dutka@weil.com*
*christopher.garcia@weil.com*

*Counsel for Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co. Inc., and Morgan Stanley & Co.*

TO:    Ernest Edward Badway
       Ely Goldin
       FOX ROTHSCHILD LLP
       100 Park Avenue, Suite 1500
       New York, New York 10017
       Tel: 212-878-7900
       Fax: 212-692-0940

       Marc E. Kasowitz
       Aaron H. Marks
       Ronald R. Rossi
       Emilie B. Cooper
       KASOWITZ, BENSON, TORRES
            & FREDMAN LLP
       1633 Broadway
       New York, New York 10019
       Tel: 212-506-1700
       Fax: 212-506-1800

       *Counsel for Plaintiff Veleron Holding, B.V.*

cc:    James B. Weidner
Anthony M. Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: 212-878-8000
Fax: 212-878-8375

*Counsel for Defendants BNP Paribas SA, Credit Suisse International, Nexgen Capital Limited, and The Royal Bank of Scotland N.V.*