UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELERON HOLDING, B.V.,<br><br>                          Plaintiff,<br><br>                v.<br><br>BNP PARIBAS SA, *et al*.<br><br>                          Defendants. | 12 Civ. 5966 (CM) |

### NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(2) ON BEHALF OF NEXGEN CAPITAL LIMITED

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in support of this motion, the Declaration of Anthony M. Candido dated January 18, 2013 and the exhibits attached thereto, the Declaration of Nicola O'Connell dated November 16, 2012 and the exhibits attached thereto, and upon the pleadings herein, Defendant Nexgen Capital Limited, by its attorneys, Clifford Chance US LLP, will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United State District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order granting its Motion to Dismiss the First Amended Complaint with prejudice for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 18, 2013

Respectfully submitted,

_____/s/_____
James B. Weidner
Anthony M. Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: 212-878-8000
Fax: 212-878-8375

- and -

Steven T. Cottreau
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006-1001
Tel: 202-912-5000
Fax: 202-912-6000

*Attorneys for Defendants*
*BNP Paribas SA,*
*Credit Suisse International,*
*Nexgen Capital Limited, and*
*The Royal Bank of Scotland N.V.*

TO: Ernest Edward Badway
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, NY 10017
Tel: 212-878-7900
Fax: 212-692-0940

Marc E. Kasowitz
KASOWITZ, BENSON, TORRES
    & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: 212-506-1700
Fax: 212-506-1800

*Attorneys for Plaintiff Veleron Holding, B. V.*

Jonathan D. Polkes
Paul Dutka
Christopher Garcia
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8000
Fax: 212-310-8007

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Inc., and Morgan Stanley & Co.*