

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

VELERON HOLDING, B.V.,

                      Plaintiff,

      v.

BNP PARIBAS SA, *et al.*

                      Defendants.

12 Civ. 5966 (CM)

## STIPULATION AND ~~PROPOSED~~ ORDER TO FILE UNDER SEAL

WHEREAS, this Court ordered on September 23, 2012 that the Complaint and exhibits attached thereto in this matter be permanently sealed; and

WHEREAS, Plaintiff filed an Amended Complaint on December 7, 2012; and

WHEREAS, this Court ordered on December 10, 2012 that the Amended Complaint and exhibits attached thereto be filed under seal; and

WHEREAS, Defendants BNP Paribas ("BNPP"), Credit Suisse International ("CSI"), the Royal Bank of Scotland N.V. ("RBS"), Nexgen Capital Limited (Nexgen"), Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co. (collectively "Morgan Stanley," and together with BNPP, CSI, RBS and Nexgen, "Defendants") and Plaintiff Veleron Holding, B.V. ("Veleron" or "Plaintiff") seek to file under seal Defendants' Memoranda of Law in Support of Motions to Dismiss the Amended Complaint, Plaintiff's Memorandum in Opposition to Motions to Dismiss the Amended Complaint, Defendants' Reply Memoranda in Further Support of Motions to Dismiss the Amended

Complaint, and certain accompanying papers in support thereof (collectively, "Motion Papers"); and

WHEREAS, good cause exists for the filing of the Motion Papers under seal because they do (and are anticipated to) quote from, discuss, and cite confidential information in the sealed Amended Complaint and exhibits attached thereto;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that all Motion Papers shall be filed under seal subject to the approval of this stipulation by the Court.

IT IS FURTHER STIPULATED AND AGREED that all parties consent to service of Motion Papers filed under seal in the above-captioned matter by email.

Dated: New York, New York
January 17, 2013

By:

_____
Anthony M. Candido, Esq.
CLIFFORD CHANCE US, LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Fax: (212) 878-8375

*Counsel for Defendants BNP Paribas, Credit Suisse International, the Royal Bank of Scotland N.V., and Nexgen Capital Limited*

US_ACTIVE:\44178085\1\84093.0028

_Jonathan Polkes_ w/pms
Jonathan D. Polkes, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Incorporated, and Morgan Stanley & Co.*

_Ely Goldin_ w/EVS
Ernest Edward Badway, Esq.
Ely Goldin, Esq.
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Fax: (212) 692-0940

_Marc Kasowitz_ w/pms
Marc E. Kasowitz, Esq.
Aaron H. Marks, Esq.
Ronald R. Rossi, Esq.
Emilie B. Cooper, Esq.
KASOWITZ, BENSON, TORRES
       & FREDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800

*Counsel for Plaintiff Veleron Holding, B.V.*

SO ORDERED:

Dated: New York, New York
       January 22, 2013

_/s/ Colleen McMahon_
HON. COLLEEN McMAHON
United States District Judge

3