# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

RONALD R. ROSSI
PARTNER
212-506-1947
RROSSI@KASOWITZ.COM

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO



RECEIVED
FEB 13 2013
CHAMBERS OF
COLLEEN McMAHON

February 13, 2013

MEMO ENDORSED

**VIA FAX (212.805.6326)**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

Re: *Veleron Holding B.V. v. BNP Paribas SA, et al.*, 12-cv-5966 (S.D.N.Y.)

Dear Judge McMahon:

This firm represents plaintiff Veleron Holding B.V. ("Plaintiff") in the above-captioned matter.

Pursuant to our discussion on a call with the Court today, we write to confirm the Court's oral approval of an extension of the remaining briefing schedule in connection with the motions to dismiss filed by defendants on January 18, 2013 (the "Motions to Dismiss"). The revised briefing schedule will be as follows:

1. Plaintiff shall file its opposition to the Motions to Dismiss by February 22, 2013.

2. Defendants shall file their reply in further support of their Motions to Dismiss by March 8, 2013.

Respectfully,

Ronald R. Rossi

cc: All Counsel (by Email)