05/23/2013 16:09 FAX   Case 1:12-cv-05966-CM-RLE   Document 118   Filed 05/28/13   Page 1 of 2   CLIFFORD CHANCE US LLP   ☒002/003

# CLIFFORD CHANCE



RECEIVED
MAY 23 2013
CHAMBERS OF
COLLEEN McMAHON

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NEW YORK 10019
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By Facsimile**

Direct Dial: +1 212 878 3140
E-mail: anthony.candido@cliffordchance.com

Honorable Colleen McMahon, USDJ
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

May 23, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/13

*Veleron Holding, B.V. v. BNP Paribas, et al.*, 12-cv-5966 (CM)

# MEMO ENDORSED

Dear Judge McMahon:

On behalf of BNP Paribas ("BNPP"), we write with respect to this Court's Decision and Order dated May 16, 2013 (the "Decision and Order"), which was filed under seal.

BNPP requests permission to provide a copy of the Decision and Order in the course of the ongoing London Court of International Arbitration proceedings captioned No. 101665 (the "Arbitration"), both to the Arbitrator and to BNPP's counterparty therein OJSC Russian Machines ("Russian Machines"). Such disclosure would be made subject to the confidentiality requirements of the Arbitration.

The parties in the instant action stipulated to — and the Court allowed — the filing of documents under seal because the Complaint, Amended Complaint, and accompanying exhibits (as well as the motion papers referring to these documents) contained confidential information from the Arbitration. Under the circumstances, we respectfully submit that confidential disclosure of the Decision and Order in the context of the Arbitration is appropriate.

We have conferred with counsel for Plaintiff and the Morgan Stanley defendants and they consent to this request.

Respectfully submitted,

Anthony M. Candido w/p jta

Anthony M. Candido

5/28/2013
You certainly have my permission to do so.

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

cc: Marc E. Kasowitz, Esq., Kasowitz Benson Torres & Friedman LLP
Ernest Edward Badway, Esq., Fox Rothschild LLP
Jonathan D. Polkes, Esq., Weil, Gotshal & Manges, LLP