UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VELERON HOLDING, B.V.,<br><br>Plaintiff,<br><br>- against -<br><br>BNP PARIBAS SA; MORGAN STANLEY; MORGAN STANLEY CAPITAL SERVICES, INC.; MORGAN STANLEY & CO., INCORPORATED; MORGAN STANLEY & CO.; CREDIT SUISSE INTERNATIONAL; NEXGEN/NATIXIS CAPITAL LIMITED; and THE ROYAL BANK OF SCOTLAND N.V.,<br><br>Defendants. | Index No.: 12-cv-5966 (CM) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Statement Pursuant to S.D.N.Y. Local Civil Rule 56.1, the Declaration of Jonathan D. Polkes (and the exhibits annexed thereto), Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co., Inc., and Morgan Stanley & Co. (collectively, "Morgan Stanley"), by their counsel, hereby moves this Court, before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1640, New York, New York 10007, for an order granting summary judgment dismissing the Ninth Cause of Action of the First Amended Complaint with prejudice as against it pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other relief as this Court may deem just and proper.

Dated: December 26, 2013
      New York, New York

Respectfully submitted,

_____
Jonathan D. Polkes
Paul Dutka
Adam B. Banks
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
jonathan.polkes@weil.com
paul.dutka@weil.com
adam.banks@weil.com

*Counsel for Defendants Morgan Stanley, Morgan Stanley Capital Services, Inc., Morgan Stanley & Co. Inc., and Morgan Stanley & Co.*