UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
: 
VELERON HOLDING, B.V., : Index No.: 12-cv-5966 (CM)
:
      Plaintiff, :
:
 - against - :
:
BNP PARIBAS SA; MORGAN STANLEY; :
MORGAN STANLEY CAPITAL :
SERVICES, INC.; MORGAN STANLEY & :
CO., INCORPORATED; MORGAN :
STANLEY & CO.; CREDIT SUISSE :
INTERNATIONAL; NEXGEN/NATIXIS :
CAPITAL LIMITED; and THE ROYAL :
BANK OF SCOTLAND N.V., :
:
      Defendants. :
:
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Emilie B. Cooper, hereby certify that on this day, January 27, 2014, true and correct copies of the following documents filed under seal in opposition to Morgan Stanley Defendants' Motion for Summary Judgment Based on Collateral Estoppel were served on the parties listed below via Federal Express overnight mail and e-mail: Plaintiff Veleron's Opposition to the Morgan Stanley Defendants' Motion for Summary Judgment Based on Collateral Estoppel; Plaintiff Veleron's Response to the Morgan Stanley Defendants' Statement Pursuant to S.D.N.Y. Local Civil Rule 56.1 and Veleron's Counterstatement of Additional Material Facts; Declaration of Emilie B. Cooper in Support of Plaintiff Veleron's Response to the Morgan Stanley Defendants' Statement Pursuant to Local Civil Rule 56.1 and Veleron's Counterstatement of Material Facts with accompanying Exhibits; and Affidavit of Egishe Dzhazoyan in Support of Veleron's Counterstatement of Material Facts Pursuant to S.D.N.Y. Local Civil Rule 56.1.

Jonathan Polkes (jonathan.polkes@weil.com)
Paul Dutka (paul.dutka@weil.com)
Adam Banks (adam.banks@weil.com)
Ashish Gandhi (ashish.gandhi@weil.com)
Amanda Burns (amanda.burns@weil.com)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Capital Services, inc., Morgan Stanley & Co. Inc., and Morgan Stanley & Co.*

Dated: New York, New York
January 27, 2014

Emilie B. Cooper