UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VELERON HOLDING, B.V.,

                       Plaintiff,

          - against -

BNP PARIBAS SA, et al.,

                       Defendants.

**ORDER**

12-CV-5966 (CM) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-9-14

**RONALD L. ELLIS, United States Magistrate Judge:**

     **IT IS HEREBY ORDERED** that the Parties appear for a TELEPHONIC CONFERENCE with the Court on **July 15, 2014 at 2:30 p.m.** On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Room 1970, at **212-805-0563**. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.

**SO ORDERED** this 9th day of July 2014
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge