UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                     :

VELERON HOLDING, B.V.,              :     Index No.:  12-cv-5966 (CM)

               Plaintiff,         :

            - against -        :

MORGAN STANLEY; MORGAN      :
STANLEY CAPITAL SERVICES, INC.;   :
MORGAN STANLEY & CO.,        :
INCORPORATED; and MORGAN     :
STANLEY & CO.,               :

             Defendants.     :

                                     :
------------------------------------------------------------- x

## NOTICE OF PLAINTIFF VELERON HOLDING, B.V.'S MOTION TO QUASH THE TRIAL SUBPOENAS OF OLEG DERIPASKA, GULZHAN MOLDAZHANOVA, AND BAUKE VAN DER MEER

PLEASE TAKE NOTICE that upon the attached declaration of Emilie B. Cooper, dated

October 12, 2015, and the accompanying memorandum of law, plaintiff Veleron Holding, B.V.,

by and through its undersigned counsel, will move this Court before the Honorable Colleen

McMahon, United States District Court, Southern District of New York, 500 Pearl Street, Room

17C, New York, New York 10007, at a date and time convenient for the Court, for an order,

pursuant to Rule 45 of the Federal Rules of Civil Procedure, quashing the trial subpoenas of Oleg

Deripaska, Gulzhan Moldazhanova, and Bauke van der Meer.

Dated: New York, New York
      October 12, 2015

Respectfully,

By: _____

    Aaron H. Marks
      (amarks@kasowitz.com)
    Ronald R. Rossi
      (rrossi@kasowitz.com)
    Emilie B. Cooper
      (ecooper@kasowitz.com)
    KASOWITZ, BENSON, TORRES
      & FRIEDMAN LLP
    1633 Broadway
    New York, New York 10019
    Tel.:  (212) 506-1700

    *Attorneys for Plaintiff Veleron Holding, B.V.*

**TO:**

Jonathan D. Polkes
    (jonathan.polkes@weil.com)
Paul Ivor Dutka
    (paul.dutka@weil.com)
Ashish Gandhi
    (ashish.gandhi@weil.com)
Adam Banks
    (adam.banks@weil.com)
David Byeff
    (david.byeff@weil.com)
Amanda Shulak
    (amanda.shulak@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue, 25th Floor
New York, New York 10153
Tel.:  (212) 310-8000

*Attorneys for Defendants Morgan Stanley,*
*Morgan Stanley Capital Services, Inc., and*
*Morgan Stanley & Co.*