UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
VELERON HOLDING, B.V.,                        :      Index No.: 12-cv-5966 (CM)
:
    Plaintiff,                                :
:
    - against -                               :      **DECLARATION OF EMILIE B.**
:      **COOPER IN SUPPORT OF**
MORGAN STANLEY; MORGAN                        :      **PLAINTIFF VELERON**
STANLEY CAPITAL SERVICES, INC.;               :      **HOLDING, B.V.'S MOTION**
MORGAN STANLEY & CO.,                         :      **TO QUASH THE TRIAL**
INCORPORATED; and MORGAN                      :      **SUBPOENAS OF OLEG**
STANLEY & CO.,                                :      **DERIPASKA, GULZHAN**
:      **MOLDAZHANOVA, AND**
    Defendants.                               :      **BAUKE VAN DER MEER**
:
------------------------------------------------------------- x

      I, **EMILIE B. COOPER**, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

      1.     I am an attorney admitted to practice before this Court and a member of the firm Kasowitz, Benson, Torres & Friedman LLP, attorneys for plaintiff Veleron Holding, B.V. ("Veleron") in the above-captioned action. I respectfully submit this declaration in support of Veleron's motion to quash the trial subpoenas of Oleg Deripaska, Gulzhan Moldazhanova, and Bauke van der Meer.

      2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Joint Pre-Trial Order, submitted by the parties to the Court on September 30, 2014.

      3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Andrey Yashchenko, dated July 17, 2014.

      4.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Oleg Deripaska, dated July 16, 2014.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of Gulzhan Moldazhanova, dated July 15, 2014.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Bauke van der Meer, dated July 17, 2014.

Dated: New York, New York
October 12, 2015

_____
Emilie B. Cooper